UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable William I. Garfinkel, U. S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room 429

October 28, 2003

10:00 a.m.

*Held*
*2 hours*

3-02-cv-627   (CFD) Reagan v Fox Navigation, LLC
-----------------------------------------------------------------

COUNSEL OF RECORD:

| | |
|---|---|
| James A. Hall IV | O'Brien, Shafner, Stuart, Kelly & Morris, 475 Bridge St., Po Drawer 929, Groton, CT 445-2463 |
| Michael A. Hardesty | O'Brien, Shafner, Stuart, Kelly & Morris, 475 Bridge St., Po Drawer 929, Groton, CT 445-2463 |
| Bonde Erik Johnson | O'Brien, Shafner, Stuart, Kelly & Morris, 475 Bridge St., Po Drawer 929, Groton, CT 445-2463 |
| Kevin J. Lennon | Tisdale & Lennon, 10 Spruce St., Southport, CT 254-8474 |
| Matthew Shafner | O'Brien, Shafner, Stuart, Kelly & Morris, 475 Bridge St., Po Drawer 929, Groton, CT 445-2463 |
| Thomas L. Tisdale | 10 Spruce St., Southport, CT  254-8474 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK