36

Counsel, nunc pro tunc. Counsel shall participate in a
telephone status conference on 2/12/04 at 5:00 p.m.
So ordered.

J 2/2/04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHAEL G. REAGAN,  :  CIVIL ACTION
　　　　　　　　　　  :  NO. 3:02 CV 627 (CFD)
　　　Plaintiff,　　 :
　　　　　　　　　　  :
　-against-　　　　  :
　　　　　　　　　　  :
FOX NAVIGATION, LLC, :  JULY 29, 2003
　　　　　　　　　　  :
　　　Defendant.　　 :

2004 FEB -2  U.S. DISTRICT COURT HARTFORD CT

FILED

## MOTION FOR ENLARGEMENT OF TIME TO COMPLY WITH COURT'S ORDER

The plaintiff, Michael G. Reagan, requests, that the Court grant an extension of time to comply with the order of a joint proposed schedule for discovery dated July 17, 2003 be extended.

The plaintiff drafted a scheduling order on July 24, 2003, and faxed it to the defendant for its approval and was told that Attorney Kevin Lennon was in Court and unable to review it.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

LAW OFFICES • O'BRIEN, SHAFNER, STUART, KELLY & MORRIS, P.C.
P.O. DRAWER 929 • GROTON, CONNECTICUT 06340 • 860-445-2463 • FAX: 860-445-4539 • JURIS NUMBER 43695