FILED

2004 DEC -3 A 9: 44

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL REAGAN,<br>　　　Plaintiff<br>v.<br><br>FOX NAVIGATION,<br>　　　Defendant | ）<br>）　CIVIL ACTION NO.<br>）　3-02-CV-627 (CFD)<br>）<br>）<br>）　DECEMBER 1, 2004<br>） |

## WITHDRAWAL OF APPEARANCE

Pursuant to Federal Procedure §20:220, Attorney James A. Hall, IV hereby requests that his appearance as counsel for the Plaintiff, Michael Reagan be withdrawn in the above matter. Attorney Hall no longer works for the firm of O'Brien, Shafner, Stuart, Kelly & Morris, PC and the Plaintiff is adequately represented by Attorney Matthew Shafner of O'Brien, Shafner, Stuart, Kelly & Morris, PC.

Respectfully Submitted,

By _____
James A. Hall, IV
Federal Bar #: CT21486
Of Trebisacci, Reck & Hall, LLC
398 Liberty Street
Pawcatuck, CT 06379
(860) 599-4000

## **ORDER**

The foregoing Withdrawal having been heard, it is hereby ORDERED: GRANTED/DENIED.

BY THE COURT

_____          _____
Date                                Judge/Clerk

## CERTIFICATION

I hereby certify that a copy of the foregoing, **Withdrawal of Appearance** was mailed postage prepaid, this 2nd day of December, 2004, to:

Matthew Shafner, Esq.
O'Brien, Shafner, et al
475 Bridge Street
Groton, CT 06340

_____
James A. Hall, IV
Commissioner of the Superior Court