UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------X
MICHAEL G. REAGAN,                              :
                                                :
       Plaintiff,                               :   NO. 3:02 CV 627 (CFD)
                                                :
   -against-                                   :   **STIPULATION OF**
                                                :   **DISCONTINUANCE**
FOX NAVIGATION, LLC,                            :
                                                :
       Defendant.                              :
------------------------------------------------X

    A settlement agreement having been reached, and settlement funds and a Release having been exchanged by and between the respective parties, it is hereby stipulated and agreed that this action is discontinued as to all parties with prejudice but without costs as to any party.

    It is further stipulated and agreed that this action will be restored to the active docket of this Court upon letter application of plaintiff's counsel if the settlement funds are not paid within sixty (60) days after the Release is provided to the defendant's attorneys.


The Plaintiff,                                  The Defendant,
MICHAEL G. REAGAN                               FOX NAVIGATION, LLC

By: _____                     By: _____
    MATTHEW SHAFNER                                 KEVIN J. LENNON
    Federal Bar# CT 06610                            Federal Bar# CT 20411

O'BRIEN, SHAFNER, STUART                        TISDALE & LENNON, LLC
  KELLY & MORRIS, P.C.                          10 Spruce Street
475 Bridge Street                               Southport, CT 06490
P.O. Drawer 929                                 (203) 254-8474
Groton, CT 06430                                (203) 254-1641 (fax)
(860) 445-2463                                  Klennon@Tisdale-Lennon.com
(860) 445-4539 (fax)
MattShafner@obrienshafner.com

SO ORDERED:

_____
Hon. Christopher F. Droney, U.S.D.J.