UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------X

MICHAEL G. REAGAN,

        Plaintiff,

-against-

FOX NAVIGATION, LLC,

        Defendant.

------------------------------------------------------X

NO. 3:02 CV 627 (CFD)

**STIPULATION OF**
**DISCONTINUANCE**

A settlement agreement having been reached, and settlement funds and a Release having been exchanged by and between the respective parties, it is hereby stipulated and agreed that this action is discontinued as to all parties with prejudice but without costs as to any party.

It is further stipulated and agreed that this action will be restored to the active docket of this Court upon letter application of plaintiff's counsel if the settlement funds are not paid within sixty (60) days after the Release is provided to the defendant's attorneys.

| The Plaintiff,<br>MICHAEL G. REAGAN | The Defendant,<br>FOX NAVIGATION, LLC |
|---|---|
| By: _____<br>MATTHEW SHAFNER<br>Federal Bar# CT 06610 | By: _____<br>KEVIN J. LENNON<br>Federal Bar# CT 20411 |
| O'BRIEN, SHAFNER, STUART<br>  KELLY & MORRIS, P.C.<br>475 Bridge Street<br>P.O. Drawer 929<br>Groton, CT 06430<br>(860) 445-2463<br>(860) 445-4539 (fax)<br>MattShafner@obrienshafner.com | TISDALE & LENNON, LLC<br>10 Spruce Street<br>Southport, CT 06490<br>(203) 254-8474<br>(203) 254-1641 (fax)<br>Klennon@Tisdale-Lennon.com |

Approved and so ordered.
CFD 3/7/05