UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------x
REAGAN, MICHAEL                    :    CIVIL ACTION:
    Plaintiff                              :    3:02 CV 627 (CFD)
                                                 :
V.                                               :
                                                 :
FOX NAVIGATION, LLC            :
    Defendant                          :    MARCH 8, 2005
------------------------------------------------x

### APPEARANCE

To the Clerk of this Court and all parties of record:

    Enter my Appearance as counsel in this case for the intervening plaintiff

**Fox Navigation, LLC.**

March 8, 2005
*Date*                                        *Signature*
                                                   **William J. Shea**
                                                   Law Offices of Nancy S. Rosenbaum
                                                   655 Winding Brook Drive
                                                   Glastonbury, CT 06033
                                                   Tel. # 860 633-9471
                                                   US District Bar #07162

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed postage prepaid to the following parties of record on this _____ day of March, 2005.

Attorney Matthew Shafner
O'Brien, Shafner, Stuart, Kelly & Morris
P. O. Drawer 929
Groton, CT 06340

Attorney Kevin Lennon
Tisdale & Lennon, LLC
10 Spruce Street
Southport, CT 06890

By _____
William J. Shea
Their Attorney
Law Offices of Nancy S. Rosenbaum
655 Winding Brook Drive
Glastonbury, CT 06033
Tel. #860 633-9471
US District Bar # 07162

Page 3

**THE LAW OFFICES OF NANCY S. ROSENBAUM**
655 WINDING BROOK DRIVE, GLASTONBURY, CT 06033  •  (860) 633-9471  •  JURIS NO. 016566