UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------x
REAGAN, MICHAEL          :    CIVIL ACTION:
    Plaintiff            :    3:02 CV 627 (CFD)
                         :
V.                       :
                         :
FOX NAVIGATION, LLC      :
    Defendant            :    MARCH 4, 2005
-------------------------------------------------x

## MOTION TO INTERVENE

FOX NAVIGATION, LLC, and LIBERTY MUTUAL, move for leave to intervene as Plaintiffs in this action for the reasons set forth below:

1.    At the time the personal injuries described in the plaintiff's complaint were suffered, he was in the employ of the intervenor FOX NAVIGATION and those injuries arose out of and in the course of his employment and the employment was within the scope of the Workers' Compensation Act.

2.    By virtue of the Worker's Compensation act, the intervenor and/or it's Insurance Carrier, Liberty Mutual, has paid and become obligated to pay large sums on behalf of the plaintiff.

THE LAW OFFICES OF NANCY S. ROSENBAUM
655 WINDING BROOK DRIVE, GLASTONBURY, CT 06033 • (860) 633-9471 • JURIS NO. 016566

3.  The intervention is filed pursuant to Connecticut General Statutes §31-293.

4.  As this case has already been reported settled by the existing parties to the action, the proposed intervention is requested strictly for the purpose of apportioning the settlement proceeds pursuant to § 31-293.

WHEREFORE, the intervenor hereby requests to join this action, as a party plaintiff and files its intervening complaint and motion to enforce settlement.

INTERVENING PLAINTIFF-
~~Fox Navigation, LLC~~
Liberty Mutual

By /s/ William J. Shea

**William J. Shea**
Its Attorney
Law Offices of Nancy S. Rosenbaum
655 Winding Brook Drive
Glastonbury, CT 06033
Tel. # 860 633-9471
US District Bar #07162

Page 2

**THE LAW OFFICES OF NANCY S. ROSENBAUM**
655 WINDING BROOK DRIVE, GLASTONBURY, CT 06033  •  (860) 633-9471  •  JURIS NO. 016566

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed postage prepaid to the following parties of record on this _____ day of March, 2005.

Attorney Matthew Shafner
O'Brien, Shafner, Stuart, Kelly & Morris
P. O. Drawer 929
Groton, CT 06340

Attorney Kevin Lennon
Tisdale & Lennon, LLC
10 Spruce Street
Southport, CT 06890

By /s/ William J. Shea
William J. Shea
Their Attorney
Law Offices of Nancy S. Rosenbaum
655 Winding Brook Drive
Glastonbury, CT 06033
Tel. #860 633-9471
US District Bar # 07162

Page 3

THE LAW OFFICES OF NANCY S. ROSENBAUM
655 WINDING BROOK DRIVE, GLASTONBURY, CT 06033 • (860) 633-9471 • JURIS NO. 016566